**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2340

DARRYL G. DAVIS,

Plaintiff - Appellant,

versus

GEORGE MASON UNIVERSITY,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (CA-05-504-1)

Submitted:  June 30, 2006              Decided:  August 3, 2006

Before NIEMEYER, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William E. Hutchings, Jr., SAUNDERS & SCHMIELER, P.C., Silver Spring, Maryland, for Appellant. David Drummey, Assistant Attorney General, Fairfax, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darryl G. Davis appeals the district court's order granting the defendant's motion to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. George Mason Univ., No. CA-05-504-1 (E.D. Va. filed Oct. 21, 2005 & entered Oct. 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED